1

**UNITED STATES DISTRICT COURT**

2

**DISTRICT OF NEVADA**

3

4       Shu Hua Qin,                                    2:15-cv-01075-JAD-VCF

5                Plaintiff

**Order Adopting Report and**
6       v.                                          **Recommendation, Overruling**
                                                    **Objections, and Dismissing Case**
7       William Taylor et al.,
                                                          **[ECF 2, 5]**
8                Defendants

9

10          This is an unlawful detainer/eviction action that pro se defendant, William Taylor, removed

11   to this court from Clark County's Justice Court.[1]  Magistrate Judge Cam Ferenbach granted Taylor

12   pauper status and screened the complaint.[2]  He recommends that I dismiss this case with prejudice

13   because this court lacks jurisdiction to hear it: it does not raise a federal question, and it is not an

14   action for more than $75,000 between citizens of different states.[3]  Defendant Taylor objects to the

15   magistrate judge's report and recommendation.[4]

16          When a party files specific written objections to a United States magistrate judge's findings

17   and recommendations,[5] the district court must conduct a de novo review of those portions of the

18   report to which objections are made.[6]  The court may accept, reject, or modify, in whole or in part,

19   the magistrate judge's findings and recommendations.[7]

20   _____

21   [1] ECF 1-2, 3.

22   [2] ECF 2.

23   [3] ECF 2.
24
     [4] ECF 5, 8.
25
26   [5]  28 U.S.C. § 636(b); LR. IB 3-2.

27   [6]  *Id.*

28   [7]  *Id.*

1

In his objection, Taylor offers only conclusory and generalized statements about this court's jurisdiction under Article III of the Constitution, an alphabet soup of statutory provisions, and a handful of inapplicable cases.[8]  He has not demonstrated that the facts and claims presented by this local landlord-tenant dispute trigger the limited jurisdiction of this court.  And having reviewed Magistrate Judge Ferenbach's report and recommendation de novo, I agree with his findings and conclusions and adopt his recommendation, except that I believe this action should be dismissed without prejudice to the parties' ability to litigate it in the justice court whence it was removed. Taylor's objections do nothing to change my opinion.

Accordingly, with good cause appearing and no reason for delay, it is hereby ORDERED, ADJUDGED, AND DECREED that:

- Magistrate Judge Ferenbach's report and recommendation **[ECF 2] is ADOPTED** consistent with this opinion;

- Taylor's objections **[ECF 5] are OVERRULED**;

- **This case is DISMISSED** without prejudice to its refiling in the Justice Court whence it was removed; and

- The Clerk of Court is directed to **CLOSE THIS CASE.**

DATED January 19, 2016.

_____
Jennifer A. Dorsey
United States District Judge

---

[8] ECF 5.